03/27/2009 14:33 FAX 7704767833          M. DEWEY BAIN                    ☒001

# M. DEWEY BAIN

5987-09

11050 Regal Forest Drive
Suwanee, GA 30024-1509

Phone 770-476-7903

March 27, 2009

Phil McManigal
Office of the Attorney General
120 SW 10th Street
Topeka, Kansas 66612

Phil:

    Thanks for expediting this matter so we can put it behind us. My name is Marshall Dewey Bain (also known as M. Dewey Bain and Dewey Bain).

    I did legal and investment work pursuant to a written Trust Agreement for Mabel Frances Ufheil from on or about October 1, 1994 until on or about March 1, 2009. During that time, I was responsible for approximately $750,000 of Mrs. Ufheil's funds, which were used to pay all expenses incurred by Mrs. Ufheil. Until approximately 2007, the funds were invested primarily in Certificates of Deposit.

    In 2008, I used Mrs. Ufheil's funds to help my other business interests become profitable. Whether viewed as a loan or as an investment, the transactions should have been approved by Mrs. Ufheil. On March 1, 2009, I apprised Mrs. Ufheil that all of her savings had been depleted and there was no money to pay for her residence at McCrite Plaza or other obligations. I understand that the above statements support a case of fraud or conversion or theft by taking or breach of fiduciary duty.

    I am ashamed of these actions in respect to Mrs. Ufheil, and to my parents who taught me better. I want to come to Topeka at the earliest possible date to be incarcerated at the earliest possible time to begin my sentence. Please assist me with the paperwork that will allow that to occur.

    I will need to know what to bring, what not to bring, and any ideas on how to get there. My contact information is as follows:

    M. Dewey Bain
    11050 Regal Forest Drive
    Suwanee, Georgia 30024
    770-476-7903-phone
    770-476-7933-fax
    6768-787-1615-cell

If additional information is needed, please advise.

Sincerely,

*[signature]*

M. Dewey Bain

PROCESSED
APR 0 2 2009