## Plaintiff's Exhibit 3

Tom:
1. Our address changed as of July 1, 2009. Current address is:
7765 Wickley Drive
Cumming, Georgia 30041
I thought I had notified you but if not, now I have.

2. I received by mail yesterday a Order and Notice of Status Hearing from the U>S> Bankruptcy Court for the Northern District of Georgia with a setting of 2/4/2010 at 2:30 pm.
What is your position regarding my bankruptcy case?

3. In regard to your filing in the Federal District Court in Kansas, I want to make sure we agree on one item. If there is any action taken by you or Mrs. Ufheil or any party acting on her behalf to pursue criminal charges against me at any time in the future, any agreement between you and me is null and void. Please confirm if you agree with this position.

Dewey